No. 94–749.   HURLEY ET AL. *v.* IRISH-AMERICAN GAY, LESBIAN & BISEXUAL GROUP OF BOSTON ET AL.   Sup. Jud. Ct. Mass. [Certiorari granted, 513 U. S. 1071.]   Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 94–7852.   WILLIAMS ET UX. *v.* UNITED STATES ET AL. C. A. D. C. Cir.   Motion of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until March 27, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 94–8044.   IN RE AGRIO.   Petition for writ of habeas corpus denied.

No. 93–1638.   MORGAN *v.* SWINT ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 94–830.   USX CORP., FKA UNITED STATES STEEL CORP. *v.* UNITED STATES; and

No. 94–831.   PHILLIPS ET AL. *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 94–849.   MCDADE *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 94–870.   GARCIA *v.* CITY OF CHICAGO ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 94–1060.   CLARK EQUIPMENT CO. ET AL. *v.* HABECKER, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HABECKER, DECEASED, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 94–1074.   PRYTZ *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 94–1077.   HUNZIKER ET AL. *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 94–1200.   WILLIAMS *v.* CITY OF GRANITE SHOALS, TEXAS. Ct. App. Tex., 3d Dist.   Certiorari denied.

No. 94–1207.   MANDANICI *v.* TOWN OF MONROE.   App. Ct. Conn.   Certiorari denied.